# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

138324

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PATRICIA MARIE BUTT,
        Plaintiff-Appellant,

v

      SC: 138324
      COA: 287781
      Monroe CC: 07-023582-NO

DETROIT EDISON COMPANY,
        Defendant-Appellee.
_____/

     On order of the Court, the application for leave to appeal the January 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk

0909